UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 96-1385-RSWL | Date | October 30, 2012 |
|---|---|---|---|
| Title | Ahmad v. Weber Nameplate, et al. | | |

| Present: The Honorable | RONALD S.W. LEW, U.S. District Court Judge | |
|---|---|---|
| Joseph Remigio | Not Present | n/a |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:         Attorneys Present for Defendants:

　　　　　Not Present                              Not Present

**Proceedings:**   **IN CHAMBERS - ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION**

　　　This Order is issued pursuant to FRCP 4(m), which requires that Plaintiff serve the summons and complaint upon all Defendants within 120 days after filing the complaint.  The Court may dismiss the action  if Plaintiff has not diligently prosecuted the action.

　　　It is the responsibility of Plaintiff to respond promptly to all Orders and to prosecute the Action diligently, including filing proofs of service and stipulations extending time to respond.  If necessary, Plaintiff must also pursue Rule 55 remedies promptly upon default of any defendant.  All stipulations affecting the progress of the case must be approved by the Court, Local Rule 7-1.

　　　The file in this case lacks the papers that would show it is being timely prosecuted.  As this Court found in its Order to Set Aside Default Judgment  [118] against Defendant Daryl Speach ("Defendant"), dated August 15, 2012, there is strong and convincing evidence that Defendant was not validly served in this Action.  Furthermore, Plaintiff has taken no action in this case since the Court's Order of August 15, 2012.  Accordingly, the Court, on its own motion, hereby orders Plaintiff to show cause in writing no later than **NOVEMBER 6, 2012**, why this Action should not be dismissed for lack of prosecution.

　　　No oral argument of this matter will be heard unless ordered by the Court.  The Order will stand submitted upon the filing of a responsive pleading or motion on or before the date upon which a response by plaintiff(s) is due.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　：　　00

　　　　　　　　　　　　　　　　　　　　　　Initials of Preparer　　　　　JRE